# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wright, Elizabeth C. | U.S. District Court, District of Minnesota | 05/28/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (FT) | ☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>04/28/2019 |

**7. Chambers or Office Address**

Warren E. Burger Federal Building & U.S. Courthouse
316 N. Robert Street
St. Paul, MN 55101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Faegre Daniels LLP |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2016 | Faegre Daniels LLP Retirement Savings Plan |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Self-employed attorney | $211,217.00 |
| 2. 2017 | Self-employed attorney | $358,032.00 |
| 3. 2016 | Self-employed attorney | $324,813.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | 3M Company - salary |
| 2. 2018 | 3M Company - salary |
| 3. 2017 | 3M Company - salary |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wright, Elizabeth C.** | 05/28/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐　NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.　Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑　NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Elizabeth C. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Faegre Daniels LLP Capital Balance (cash) | | None | K | T | Exempt | | | | |
| 2. FBD Building Partnership LLP (rental property, Minneapolis, MN) | B | Rent | J | W | | | | | |
| 3. RiverSource Variable Universal Life 5 ES (H) | | | | | | | | | |
| 4. Riversource VP Mod Aggr Port Cl2 | | None | M | T | | | | | |
| 5. RiverSource Variable Universal Life Insurance IV (H) | | | | | | | | | |
| 6. Riversource VP Mod Aggr Port Cl4 | | None | L | T | | | | | |
| 7. 401k Acct #1 (H) | | | | | | | | | |
| 8. Charles Schwab/Faegre Baker Daniels Cash Balance Pension Plan (cash) | A | Interest | K | T | | | | | |
| 9. Baron Small Cap Instl (BSFIX) | D | Dividend | J | T | | | | | |
| 10. American Funds Europacific Growth R6 (RERGX) | D | Dividend | L | T | | | | | |
| 11. Cohen & Steers Instl Realty Shs (CSRIX) | A | Dividend | | | | | | | |
| 12. DFA Global Real Estate Securities Port (DFGEX) | A | Dividend | J | T | | | | | |
| 13. PIMCO High Yield Instl (PHIYX) | C | Interest | L | T | | | | | |
| 14. Metropolitan West Total Return Bd Plan (MWTSX) | C | Interest | M | T | | | | | |
| 15. 401k Acct #2 (H) | | | | | | | | | |
| 16. State Street Intermediate-Term Bond Fund | E | Dividend | M | T | | | | | |
| 17. State Street Long Term Bond Index Fund | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Elizabeth C. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. State Street S&P 500 Stock Index Fund | D | Dividend | L | T | | | | | |
| 19. State Street Small and Mid Cap Stock Index Fund | D | Dividend | L | T | | | | | |
| 20. State Street International Stock Index Fund | E | Dividend | M | T | | | | | |
| 21. 3M Stock | C | Dividend | M | T | | | | | |
| 22. IRA #1 (H) | | | | | | | | | |
| 23. 3M Company Stock (MMM) | C | Dividend | L | T | | | | | |
| 24. 3M Company Stock Option Plan | | None | L | T | | | | | |
| 25. IRA #2 (H) | | | | | | | | | |
| 26. Ameriprise Insured Money Mkt (AIMMA) (cash) | A | Interest | J | T | | | | | |
| 27. Alger Cap Apprec Cl A (ACAAX) | | None | | | | | | | |
| 28. AMG Managers Centersquare Real Estate Cl I (MRASX) | A | Dividend | | | | | | | |
| 29. Blackrock Hi Yield Bd Instl Cl (BHYIX) | A | Dividend | | | | | | | |
| 30. Goldman Sachs Emerg Mkts Eq Insights Inv Cl (GIRPX) | B | Dividend | K | T | | | | | |
| 31. Janus Henderson Enterprise Cl I (JMGRX) | B | Dividend | K | T | | | | | |
| 32. Janus Henderson Flexible Bond Cl I (JFLEX) | B | Dividend | | | | | | | |
| 33. JPMorgan Intrepid Val Cl I (JPIVX) | A | Dividend | J | T | | | | | |
| 34. Oppenheimer Developing Mkts Cl Y (ODVYX) | | None | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Elizabeth C. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oppenheimer Steelpath MLP Alpha Plus Cl A (MLPLX) | D | Dividend | K | T | | | | | |
| 36. Virtus Kar Small Cap Sustainable Growth Cl I (PXSGX) | A | Dividend | K | T | | | | | |
| 37. Invesco FTSE RAFI US 1500 Sm Mid ETF (PRFZ) | A | Dividend | K | T | | | | | |
| 38. Wisdomtree Mid Cap Div ETF (DON) | B | Dividend | K | T | | | | | |
| 39. IRA #3 (H) | | | | | | | | | |
| 40. Dreyfus Govt Cash Mgmt Fds I (DGCXX) (cash) (Y) | | | | | | | | | |
| 41. Global X MSCI Norway (NORW) | A | Dividend | J | T | | | | | |
| 42. IShares MSCI Australia (EWA) | A | Dividend | | | | | | | |
| 43. IShares MSCI France (EWQ) | A | Dividend | J | T | | | | | |
| 44. IShares MSCI Canada (EWC) | A | Dividend | | | | | | | |
| 45. IShares MSCI Switzerland (EWL) | | None | J | T | | | | | |
| 46. IShares MSCI Spain Capped (EWP) | A | Dividend | J | T | | | | | |
| 47. IShares MSCI Germany (EWG) | A | Dividend | | | | | | | |
| 48. IShares MSCI Hong Kong (EWH) | A | Dividend | J | T | | | | | |
| 49. IShares Core S&P 500 (IVV) | A | Dividend | J | T | | | | | |
| 50. IShares Core US Aggregate Bond (AGG) | A | Dividend | K | T | | | | | |
| 51. IShares 20+ Yr Treas Bond (TLT) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Elizabeth C. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IShares IBOXX High Yld Corp Bd (HYG) | A | Dividend | J | T | | | | | |
| 53. IShares MBS (MBB) | A | Dividend | J | T | | | | | |
| 54. IShares Core MSCI Emerg Mkts (IEMG) | A | Dividend | J | T | | | | | |
| 55. IShares MSCI Singapore (EWS) | A | Dividend | | | | | | | |
| 56. IShares MSCI Emerg Mkts (EEM) | | None | | | | | | | |
| 57. IShares MSCI Japan (EWJ) | A | Dividend | | | | | | | |
| 58. IShares Inc MSCI Italy Capped (EWI) | A | Dividend | | | | | | | |
| 59. IShares Currency Hedged MSCI Germany (HEWG) | A | Dividend | | | | | | | |
| 60. IShares Currency Hedged MSCI Japan (HEWJ) | | None | | | | | | | |
| 61. IShares MSCI Utd Kingdom (EWU) | | None | | | | | | | |
| 62. SPDR S&P 500 (SPY) | A | Dividend | | | | | | | |
| 63. SPDR MSCI ACWI Ex-US (CWI) | | None | | | | | | | |
| 64. SPDR Bloomberg Barclays Hi Yield Bond (JNK) | A | Dividend | | | | | | | |
| 65. SPDR Bloomberg Barclays 1-3 Mo T-Bill (BIL) | A | Dividend | J | T | | | | | |
| 66. Schwab US Reit (SCHH) | A | Dividend | J | T | | | | | |
| 67. Schwab Intermed Trm US Treas (SCHR) | | None | | | | | | | |
| 68. Sector Healthcare Select Sector SPDR (XLV) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Elizabeth C. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Consumer Discretionary Select Sect SPDR (XLV) | A | Dividend | | | | | | | |
| 70. Sector Materials Sel Sect SPDR (XLB) | A | Dividend | | | | | | | |
| 71. Sector Energy Select Sect SPDR (XLE) | A | Dividend | | | | | | | |
| 72. Sector Financial Sel Sect SPDR (XLF) | A | Dividend | | | | | | | |
| 73. Sector Industrial Sel Sect SPDR (XLI) | A | Dividend | J | T | | | | | |
| 74. Sector Technology Sel Sect SPDR (XLK) | A | Dividend | | | | | | | |
| 75. Vanguard Financials (VFH) | A | Dividend | | | | | | | |
| 76. Vanguard Information Technology (VGT) | A | Dividend | J | T | | | | | |
| 77. Vanguard Communication Services (VOX) | A | Dividend | J | T | | | | | |
| 78. Vanguard FTSE All World Ex US (VEU) | A | Dividend | J | T | | | | | |
| 79. Vanguard Mortgage Backed Securities (VMBS) | A | Dividend | | | | | | | |
| 80. Vanguard Long Term Corp Bond (VCLT) | A | Dividend | | | | | | | |
| 81. Vanguard Intermediate Trm Corp Bond (VCIT) | A | Dividend | | | | | | | |
| 82. Vanguard Long Term Treas (VGLT) | A | Dividend | J | T | | | | | |
| 83. Vanguard Intermed Term Treas Idx (VGIT) | A | Dividend | J | T | | | | | |
| 84. Vanguard REIT Index (VNQ) | A | Dividend | | | | | | | |
| 85. Barclays Bank PLC IPath Bloom Comm Indx Tot Retn (DJP) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Elizabeth C. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IRA #4 (H) | | | | | | | | | |
| 87. Oppenheimer Active Alloc A (OAAAX) | A | Dividend | J | T | | | | | |
| 88. IRA #5 (H) | | | | | | | | | |
| 89. Columbia Income Builder Cl C (RBBCX) | A | Dividend | J | T | | | | | |
| 90. IRA #6 (H) | | | | | | | | | |
| 91. Ameriprise Insured Money Market (AIMMA) (cash) | A | Interest | | | | | | | |
| 92. IRA #7 (H) | | | | | | | | | |
| 93. Ameriprise Insured Money Market (AIMMA) (cash) | A | Interest | | | | | | | |
| 94. IRA #8 (H) | | | | | | | | | |
| 95. Ameriprise Insured Money Market (AIMMA) (cash) | A | Interest | J | T | | | | | |
| 96. Hines Global Reit (HNGL) | D | Dividend | J | T | | | | | |
| 97. BROKERAGE #1 (H) | | | | | | | | | |
| 98. Ameriprise Insured Money Market (AIMMA) (cash) (Y) | | | | | | | | | |
| 99. Alger Cap Apprec Z (ACAZX) | D | Dividend | L | T | | | | | |
| 100. Columbia Minnesota Tax Exempt Z (CMNZX) | A | Dividend | K | T | | | | | |
| 101. Goldman Sachs Mgd Fut Strat Inv (GFIRX) | A | Dividend | K | T | | | | | |
| 102. Ivy Intl Core Equity I (ICEIX) | B | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Elizabeth C. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. LoCorr Managed Futures Strategy I (LFMIX) | | None | | | | | | | |
| 104. Lord Abbett Floating Rate Cl F (LFRFX) | B | Dividend | | | | | | | |
| 105. Mainstay Mackay High Yield Mun Bond Cl I (MMHIX) | B | Dividend | K | T | | | | | |
| 106. Sit Mn Tax Free Income (SMTFX) | A | Dividend | | | | | | | |
| 107. Oppenheimer Steelpath MLP Inc A (MLPDX) | C | Dividend | K | T | | | | | |
| 108. Delaware Minnesota High Yield Mun Bond Instl Cl (DMHIX) | B | Dividend | K | T | | | | | |
| 109. IShares Intl Select Dividend (IDV) | A | Dividend | K | T | | | | | |
| 110. IShares Edge MSCI Min Vol (USMV) | A | Dividend | K | T | | | | | |
| 111. BROKERAGE #2 (H) | | | | | | | | | |
| 112. Ameriprise Insured Money Market (AIMMA) (cash) | A | Interest | | | | | | | |
| 113. Columbia Income Builder C (RBBCX) | A | Dividend | | | | | | | |
| 114. Wells Fargo Abs Return C (WARCX) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Elizabeth C. | 05/28/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II: Holdings within this plan are reported in Part VII.

Part III A.: No reportable income for 2019.

Part VII, line 1: The firm's capital funds are held at Wells Fargo.

Part VII, line 2: Reporting is based upon the filer's pro rata share.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Elizabeth C. | 05/28/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth C. Wright**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544